```
           FILED            RECEIVED
           ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

              DEC 2 9 2010

            CLERK US DISTRICT COURT
       BY:    DISTRICT OF NEVADA
                               DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MATLEAN, | )<br>) |
| Plaintiff, | ) 3:10-cv-00644-RCJ-RAM<br>) |
| vs. | )<br>) **ORDER** |
| DOUGLAS COUNTY SHERIFF'S OFFICE, *et al.*, | )<br>) |
| Defendants. | ) |

James Matlean, a prisoner at the Douglas County Jail, submitted a *pro se* Civil Rights Complaint (received October 13, 2010) (Docket #1). Plaintiff did not submit the required filing fee or an application for leave to proceed in *forma pauperis*. Accordingly, this action shall be dismissed without prejudice and the Clerk shall be directed to return the complaint and the proper in *forma pauperis* form and instructions to plaintiff. Plaintiff must pay the filing fee of $350 or submit the completed in *forma pauperis* form with his complaint in order to proceed with his litigation.

**IT IS THEREFORE ORDERED** that the Clerk shall return the complaint to plaintiff along with the proper form and instructions for application to proceed in *forma pauperis*.

1         **IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

Dated: December 29, 2010

_____
UNITED STATES DISTRICT JUDGE