AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES MATLEAN,

        Plaintiff,               JUDGMENT IN A CIVIL CASE

   V.

                              CASE NUMBER:  **3:10-CV-00644-RCJ-RAM**

DOUGLAS COUNTY SHERIFF'S
OFFICE, et al.,

        Defendants.


___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice.


December 30, 2010                    **LANCE S. WILSON**
                                       Clerk


                                /s/ D. R. Morgan
                                Deputy Clerk